DAVID T. SPURLOCK, JR., ESQ.
State Bar No. 002565
**UPSON SMITH**
7455 Arroyo Crossing Parkway, Suite 200
Las Vegas, NV 89113
Phone: (702) 408-3800
david.spurlock@farmersinsurance.com
Attorney for Defendant, AUTOMOTIVE MAINTENANCE SPECIALIST, INC., DBA AMS TOWING

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

~~~~~~

GREAT WEST CASUALTY COMPANY, a Nebraska Corporation; HINZ TRUCKING, INC., a Nebraska Corporation; and VALMONT INDUSTRIES; a Nebraska Corporation,

    Plaintiff,

vs.

AUTOMOTIVE MAINTENANCE SPECIALIST, INC., a Utah Corporation dba AMS TOWING; DOE DRIVER / MECHANIC, an individual; DOES I-X, inclusive,

    Defendants.

Case No.: 2:15-CV-00308-KJD

**ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, by and through counsel of record, Michael C. Mills, Esq., and Defendant, by and through counsel of record, David T. Spurlock, Jr., Esq., of UPSON SMITH that the above entitled matter may be dismissed, with prejudice, with each of the parties to pay their own fees and costs incurred therein.

IT IS FURTHER STIPULATED AND AGREED TO that a Scheduling Order has not been entered, therefore no firm trial date has been set.

DATED: 3/14/____, 2016

BY: _____
MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
Attorney for Plaintiffs

1

DATED: 3-14, 2016          UPSON SMITH
                      BY: /s/ David T. Spurlock Jr.
                          DAVID T. SPURLOCK, JR., ESQ.
                          Nevada Bar No. 002565
                          Attorney for Defendant

## ORDER

IT IS SO ORDERED this  30th  day of March, 2016.   Case No.: 2:15-CV-00308, is Dismissed, With Prejudice.

_____
U.S. DISTRICT COURT JUDGE

Submitted By:

UPSON SMITH

/s/ David T. Spurlock Jr.
David T. Spurlock, Jr., Esq.
Attorney for Defendant

2